PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.  Crim. No. 23-CR-20133-01

DOUGLAS-ROBERTS, Christopher

On October 20, 2025, the Court authorized the issuance of a supervised release summons based upon a petition citing violations of supervision. At a revocation hearing held on February 4, 2026, DOUGLAS-ROBERTS admitted to Violation 1; Violation 2 was dismissed. The Court terminated his supervised release.

Respectfully submitted,

s/Mary Whitt
Mary Whitt
United Stated Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___13th___ day of _____February_____, __2026__.

s/Matthew F. Leitman
Honorable Matthew L. Leitman
United States District Court Judge